ISHIKAWA TENSHIN ROSHI
_____
**Name**
381330
_____
**Prison Number**
Palmer Correctional Center
_____
**Place of confinement**
P.O. Box 919
_____
**Mailing address**
Palmer, Alaska - 99645
_____
**City, State, Zip**
N/A
_____
**Telephone**

RECEIVED

MAR 25 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ISHIKAWA TENSHIN ROSHI, PRO SE, ,
_____
(Enter full name of plaintiff in this action)

Plaintiff,

vs.    JAMES DUNCAN (Chaplaincy Coordinator)
JASON HAMILTON (Superintendent)
_____,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of ISHIKAWA TENSHIN ROSHI ,
(print your name)

who presently resides at Palmer Corr. Center - P.O. Box 919 - Palmer, Ak. 99645
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,_____JAMES DUNCAN_____ is a citizen of
_____ALASKA_____, and is employed as a Chaplaincy Coordinator_____.
　　　(state)　　　　　　　　　　　　　　(defendant's government position/title)

__XX__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,__JASON HAMILTON_____ is a citizen of
　　　　　　　　　　　　　　(name)
_____ALASKA_____, and is employed as a Superintendent of Palmer Correctional .
　　　(state)　　　　　　　　　　　　　　(defendant's government position/title)

__xx__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
　　　　　　　　　　　　　　(name)
_____, and is employed as a_____.
　　　(state)　　　　　　　　　　　　　　(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about <u>February 27th, 2026</u>, my civil right to
(Date)

<u>FREEDOM OF RELIGION</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>JAMES DUNCAN (Sued in his individual and official capacity)</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

My request to participate in Ramadan was DENIED because of not being Muslim.

On Feb.8th, 2026, I submitted a Request for Interview form (RFI), to Correctional Officer Kubik, requesting authorization to participate in Ramadan-2026. Ramadan-2026 starts on the 17th of February, 2026.

On Feb. 18th, 2026, (ten days later), my RFI was returned to me from CO Kubik, stating that I needed to submit another Religious Accommodation Request form (RAR), as he couldn't find a previous form in my file. I had participated in Ramadan the years 2024 & 2025, at Palmer Correctional Center (PCC-medium).

On Feb. 19th, 2026, I submitted an RAR form to CO Kubik. Also, on Feb. 19th, 2026, I submitted an Emergency Grievance stating that it was "Time Sensitive" as Ramadan had already started and I was not granted authorization to participate.

As of Feb. 26th, 2026, I was still not on the Ramadan list.

On Feb. 26th, 2026, I sent RFI's to Superintendent Hamilton and Kubik, regarding the 30± people on the Ramadan list and participating in Ramadan, only two of which were Muslim. On Feb. 27th, 2026, I received a response from the Chaplaincy Coordinator JAMES DUNCAN, stating that "Ramadan feasts & fasting is for the Muslim community," and that my request to participate in Ramadan was DENIED.

Superintendent Hamilton denied my "Emergency Grievance" on March 10th, 2026, stating "It was discussed and determined, not an emergency."

JAMES DUNCAN is being sued because of his DENIAL OF MY REQUEST TO PARTICIPATE IN RAMADAN, because of not being Muslim.

Prisoner § 1983 - 3
PS01, Nov. 2013

<u>Claim 2</u>: On or about _____MARCH 10th, 2026_____, my civil right to
<span style="text-align:center">(Date)</span>

FREEDOM OF RELIGION
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____JASON HAMILTON_____ (Sued in his individual and official capacity)
<span style="text-align:center">(Name of the specific Defendant who violated this right)</span>

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

My request to participate in Ramadan was DENIED because of not being Muslim.

On Feb. 5th, 2026, Admin. Officer Kubik posted a MEMO instructing inmates who

wanted to participate in Ramadan-2026, to sign up by 2-17-2026. No restrictions

as to participation.   On Feb. 8th, 2026, I submitted my request to participate.

On Feb. 18th, 2026, (ten days later), an answer was received from AO Kubik request-

ing another Religious Accommodation Request (RAR). Ramadan started on Feb. 17, 2026.

On Feb. 19th, 2026, another RAR was submitted to AO Kubik.

On Feb. 19th, 2026, I submitted an "Emergency Grievance", as the issue of my par-

ticipation in Ramadan was Time Sensitive.

On Feb. 25th, 2026, I submitted an RFI to Superintendent Hamilton, addressing my

request to participate in Ramadan. Response: "Mr. Roshi, I have submitted your

request and paperwork to Chaplain Duncan. He has denied your request." Dated 2-27-26.

On Feb. 26th, 2026, I submitted an RFI to Hamilton, addressing the 30± people par-

ticipating in Ramadan, who are not MUSLIM. Response: "Chaplain Duncan reviews and

authorizes." Dated 3-3-26.

On March 6th, 2026, I submitted an RFI to Hamilton, addressing the "Emergency

Grievance". Response: "It was discussed and determined, not an emergency."

(Dated 3-10-2026). All administrative remedies have been exhausted.

Superintendent Jason Hamilton is being sued because of his Denial of my Emergency

Grievance, which prevented my participation in Ramadan-2026. He knew the grievance

was Time Sensitive due to Ramadan lasting only 30 days, and that 30± people were

participating in Ramadan, most of whom are not Muslim.

Prisoner § 1983 - 4
PS01. Nov. 2013

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __XX__ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):___Ishikawa Tenshin Roshi_____

Defendant(s):___Jason Hamilton and Sam Medlock_____

Name and location of court:_Superior Court/Anchorage, Alaska_____

Docket number:_3AN-23-05132 C_Name of judge:_Superior Ct./Christina Rankin____

Approximate date case was filed:_2021_____ Date of final decision:__2024_____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_Freedon of Religion - Judgment in Plaintiff's favor_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_Paul T. Stavenjord____(previous name)_____

Defendant(s):_Corrections Corporation of America_____

Name and location of court:_U.S. Dist. Ct.-District of Arizona_____

Docket number:_CV 09-0354-PHX-DGC (LOA)_ Name of judge:_Honorable David G. Campbell_____

Approximate date case was filed:_2008_____ Date of final decision:_2010_____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_Freedom of Religion - Judgment in Plaintiff's favor_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __XX___ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes __XX__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01. Nov. 2013

## F.  Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 100,000.00

2. Punitive damages in the amount of $ 250,000.00

3. An order requiring defendant(s) to  Change policy regarding religion

4. A declaration that  Defendants violated Plaintiff's rights

5. Other:

Plaintiff demands a trial by jury. _____ Yes __xx__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Palmer Corr. Center-Palmer, Alaska on _3/22/2026_
(Location)                                                              (Date)

_____
(Plaintiff's Signature)

_____          _____
Original Signature of Attorney (if any)                        (Date)

_____
_____
_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Ishikawa Teushin Roshi 381330
Palmer Correctional Center
P.O. Box 919
Palmer, Alaska
      99645

United States District Court - Federal Building, U.S. Courthouse
          District of Alaska
          222 W. 7th Ave. #4
     Anchorage, Alaska
               99513-7564